# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SIEGEN PROFESSIONAL PLAZA,
LLC

NO.   2021 CW 0620

VERSUS

PARK AND 5TH, LLC, JOSIE
NEWMAN, AND STEVEN W. NEWMAN

**JULY 30, 2021**

---

In Re:    Siegen   Professional   Plaza,   LLC,   applying   for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 697172.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not include
any opposition filed in response to the exception of prematurity
or a statement that none was filed, a minute entry or transcript
from the contradictory hearing, and the notice of intent and
order setting a return date. See Uniform Rules of Louisiana
Courts of Appeal, Rule 4-5(C)(8), (9), and (10). Although not
required by the Uniform Rules of Louisiana Courts of Appeal, a
copy of the transcript from the contradictory hearing is needed
to enable this court to fully consider the merits of the writ
application.

Supplementation   of   this   writ   application   and/or   an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation and must
comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts
of Appeal. Any new application must be filed on or before August
29, 2021 and must contain a copy of this ruling.

MRT
GH
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT